FILED: June 9, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-178
(6:25-cv-02599-DCC)

_____

GREENVILLE COUNTY LIBRARY SYSTEM; BEVERLY JAMES, in her
official capacity as Executive Director of the Greenville County Library System;
KAREN ALLEN, in her official capacity as Youth Services Manager of the
Greenville County Library System

            Petitioners

v.

O.R.; CHERYL ROGERS; GREG ROGERS; E.G., by and through her mother,
Amber Galea, on behalf of herself and those similarly situated; M.G., by and
through her mother, Amber Galea; W.M., by and through his mother, Kersey
Clark

            Respondents

_____

This case has been opened as an original proceeding in this court. The district court
is receiving this notice for informational purposes.

| Originating Court | United States District Court for the District of South Carolina at Greenville |
|---|---|
| Date Petition Filed: | 06/08/2026 |
| Petitioners | Greenville County Library System, Beverly James, Karen Allen |
| Appellate Case Number | 26-178 |
| Case Manager | T. Barton 804-916-2702 |