FILED: July 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-178
(6:25-cv-02599-DCC)

_____

GREENVILLE COUNTY LIBRARY SYSTEM; BEVERLY JAMES, in her
official capacity as Executive Director of the Greenville County Library System;
KAREN ALLEN, in her official capacity as Youth Services Manager of the
Greenville County Library System

        Petitioners

v.

O.R., by and through his parents, Cheryl Rogers and Greg Rogers, on behalf of
himself and those similarly situated; CHERYL ROGERS; GREG ROGERS; E.G.,
by and through her mother, Amber Galea, on behalf of herself and those similarly
situated; M.G., by and through her mother, Amber Galea; W.M., by and through
his mother, Kersey Clark

        Respondents

-------------------------------

STATES OF WEST VIRGINIA AND SOUTH CAROLINA

        Amicus Supporting Petitioner

_____

O R D E R

_____

Upon consideration of submissions relative to the petition for permission to

appeal, the court grants the petition. This case is transferred to the regular docket and assigned docket number 26-1844. The record shall be retained in the court below unless requested by this court.

A copy of this order shall be sent to the clerk of the district court.

For the Court

/s/ Nwamaka Anowi, Clerk